STATE of Missouri, Plaintiff/Respondent,

v.

Roger HOLTKAMP, Defendant/Appellant.

No. 65805.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 18, 1995.

Rehearing Denied May 31, 1995.

Bradley S. Dede, Thomas C. Antoniou, Shaw, Howlett & Knappenberger, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for appellee.

Before CRANE, P.J., and CRANDALL and DOWD, JJ.

## ORDER

PER CURIAM.

Defendant, Roger Holtkamp, appeals from his judgment of convictions, after a jury trial, for two counts of sodomy. He was sentenced to a concurrent term of 15 years on each count.

No jurisprudential purpose would be served by a written opinion. The judgment of convictions are affirmed. Rule 30.25(b).